IN THE UNITED STATES DISTRICT COURT OF THE
__NORTHERN__ DISTRICT OF FLORIDA
__TALLAHASSEE__ DIVISION

NELSON JAVIER RAJO ALVARADO,
Plaintiff/Appellant,

VS.

DAVID COPHER et al.,
Defendants.

Civil Action N: 4:06-CV-221-SPM/AK

## MOTION FOR COMPEL TO DEFENDANTS TO ANSWER AMENDED CIVIL RIGHTS COMPLAINT.

Pursuant To Rule 15(a) of the Federal Rules of Civil Procedure:... A party Shall Plead in Response to an Amended Pleading Within the time remaining For Response to the Original Pleading or Within 10 days after Service of the amended Pleading...; Therefore Plaintiff: NELSON J. RAJO A, Moves This Court, In Motion For Compel To Defendants To Answer Amended Civil Rights Complaint.

NOTE#1: On 01/09/2007 This Court has Done And ORDERED, Plaintiff most Completely Fill out a new Civil Rights Complaint Form. 2: Plaintiff most respond to this order by January 26, 2007.; NOTE#2: Thereby Plaintiff, has submit Under Certificate of Service dated On 01/21-22/2007, At 9:50 PM, this Amended Complaint Under Imminent Danger of Serious Dental Injuries And Dental Unhealthy... Pursuant To Rule 15(a)... Federal Rule of Civil Procedure.

Therefore Defendants:...; Have the duty to Answer This Amended Complaint... Under Order and Due Process of Law (Rule 15(a) F.R. of Civ. P.: Within 10 days After Service Of the Amended Pleading...; On 01/21-22/2007; Just Now On 03/04/2007, At 9:21 PM, are 30 days; And Without offer To Plaintiff, any Notice to do This... NOTE On 03/04/07 At Approx. 11:05 AM, Plaintiff... Was Harassed by official... "We... Want Assault to you...;"

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and Correct Copy of the Foregoing, has been Furnished by U.S. Mail to the: "Clerk U.S. District Court, Northern District of Florida, 111 North Adams Street, Suite 322, Tallahassee Fl. 32301-7730. This 4 day of MARCH, 2007.

Respectfully Submitted,

PROSE: NELSON JAVIER RAJO-X18931-G1-205L
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, Fla. 32583