IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NELSON RAJO,

    Plaintiff,

vs.                                           CASE NO.: 4:06cv221-SPM/AK

DAVID COPHER. et al.,

    Defendants.

_____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S RULING**

Pending before the Court is Plaintiff Nelson Rajo's "Notice of Appeal" directed to the magistrate judge's non-dispositive order (doc. 48) denying motions to compel (doc. 40, 44, and 45). The appeal is authorized under Federal Rule of Civil Procedure 72(a).

A district court judge may reconsider pretrial matters that have been referred to a magistrate judge "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." 28 U.S.C. 636(b)(1)(A). Under this standard, the court will affirm the magistrate judge's order unless the court has a definite and firm conviction that error has occurred. See Linea Navira De Cabotaje, C.A. v. Mar Caribe De Navegacion, C.A., 169 F.Supp.2d 1341, 1355 (M.D. Fla. 2001).

Upon review of the magistrate judge's order (doc. 48), the Court finds no merit to Plaintiff's appeal. The magistrate judge correctly determined that Plaintiff's discovery requests were not appropriate because he is still in the process of amending his complaint to state viable claims. Accordingly, it is

ORDERED AND ADJUDGED that the rulings of the magistrate judge (doc. 48) are affirmed.

DONE AND ORDERED this 21st day of June, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge