**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE  DIVISION**


**NELSON RAJO,**

       **Plaintiff,**

**vs.**                                                                     **CASE NO. 4:06CV221-SPM/AK**

**DAVID COPHER, et al,**

       **Defendant.**

_____/


**<u>REPORT AND RECOMMENDATION</u>**

      Plaintiff obviously has difficulties writing in the English language.  Nonetheless, the Court has attempted to help him in filing a viable complaint explaining that while he has stated viable claims against Defendant Copher he has repeatedly added claims and/or defendants that are either indecipherable or otherwise fail to state a claim for relief.  (See Docs.24, 39, 52).  Finally, in an effort to move the case forward the undersigned directed that Plaintiff take one of two courses of action, either submit a service copy of the second amended complaint for service on Defendant Copher, with the understanding that the other claims and defendants would be dismissed, or file a third amended complaint leaving only the claim regarding dental care against Copher in the pleading.  (Doc. 60).  Instead, Plaintiff filed some unnecessary and largely indecipherable motions, which have been denied, and he was again sent the previous order (doc. 60), given additional time through May 22, 2007, to comply with it, and

warned that if he did not comply it would recommended that this cause be dismissed. Plaintiff then filed a motion entitled "Notification and request of cancellation of my citizen in United States of America," (doc. 66), which was denied.  No service copy or other pleading has been filed.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute.  Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962).  Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order.  Plaintiff has failed to comply with several orders of this Court directing that he submit a service copy or amended complaint (docs.24, 39, 52, and 60), and he fails to comprehend the process necessary to litigate this lawsuit or to obtain assistance in drafting documents for filing with the court so as to prosecute this lawsuit adequately.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this ___**20**th___ *d*ay of September, 2007.

*s/ A. KORNBLUM* _____
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 4:06CV221-SPM/AK